**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6109

TOMICA LAVERNE WHITE,

Plaintiff - Appellant,

versus

DANVILLE CITY JAIL, (Medical),

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:06-cv-00662-jct)

Submitted: March 29, 2007          Decided: April 6, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tomica LaVerne White, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tomica LaVerne White appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See White v. Danville City Jail, No. 7:06-cv-00662-jct (W.D. Va. filed January 9, 2007; entered January 10, 2007). We also deny White's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED